[No. 37099-5-I.    Division One.    May 28, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD
E. RIVAS, *Appellant*.

Appeal from a judgment of the Superior Court for San
Juan County, No. 92-1-05005-3, Joan H. McPherson, J.,
entered July 10, 1995. *Affirmed* by unpublished per curiam
opinion.

[No. 37461-3-I.    Division One.    May 28, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CHAU
HOANG NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-03815-0, Deborah Fleck, J., entered
September 18, 1995. *Reversed* by unpublished per curiam
opinion.

[No. 37925-9-I.    Division One.    May 28, 1996.]

ALBERT J. VELARDE, *Respondent*, v. THE SEATTLE
TIMES CO. & TIMES DISTRIBUTION, INC., *Petitioners*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-17969-0, Jim Bates, J., entered Decem-
ber 5, 1995. *Reversed* by unpublished per curiam opinion.

[No. 38304-3-I.    Division One.    May 28, 1996.]

JERRY PURDUM, ET AL., *Petitioners*, v. JANI-KING
INTERNATIONAL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-28573-4, Peter Jarvis, J., entered March
11, 1996. *Remanded* by unpublished per curiam opinion.